IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JACK BANKS, III**                                                                                       **PLAINTIFF**
**ADC #175874**

V.                              CASE NO. 4:25-cv-00818-JM

**GOOGLE CHROME WEB,** *et al.*                                                          **DEFENDANTS**

## ORDER

Plaintiff Jack Banks's Complaint (Doc. 2) is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. (Doc. 4). LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 30th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE