# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JACK BANKS, III**                                                                  **PLAINTIFF**
**ADC #175874**

V.                   **CASE NO. 4:25-cv-00818-JM**

**GOOGLE CHROME WEB,** *et al.*                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE